UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY SCOTT KNUTSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DR. KENNEDY and SPOKANE COUNTY JAIL MEDICAL DEPARTMENT,<br>　　　　　　　Defendants. | NO: CV-12-130-RMP<br><br>ORDER DISMISSING ACTION |

By Order filed April 18, 2012, the Court instructed Mr. Knutson to show cause why this action should not be dismissed pursuant to 28 U.S.C. § 1915(g). Plaintiff had filed more than three cases which were dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted and he made no showing that he was under imminent danger of serious physical injury.

ORDER DISMISSING ACTION -- 1

1  Therefore, he may not proceed *in forma pauperis* in this action.  Mr. Knutson did
2  not pay the $350.00 filing fee and has filed nothing further.
3      Accordingly, **IT IS ORDERED** this action is **DISMISSED without**
4  **prejudice** pursuant to 28 U.S.C. § 1915(g).  The District Court Executive shall
5  enter this Order, enter judgment, forward copies to Plaintiff at his last known
6  address and close the file.
7      **DATED** this 23rd day of May 2012.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER DISMISSING ACTION -- 2