AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RODNEY SCOTT KNUTSON,

    Plaintiff,

v.

DR. KENNEDY and SPOKANE COUNTY JAIL MEDICAL DEPARTMENT,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-130-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

May 23, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia